# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Geronimo Daniel Basaldu-Calvo,<br>a.k.a.: Geronimo Daniel Basaldu Calvo,<br>(A 073 864 502)<br>*Defendant* | Case No. 16-7461MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 15, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey P.S. for AUSA Kathy Lemke

☒ Continued on the attached sheet.

*Complainant's signature*
Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 18, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On November 15, 2016, Geronimo Daniel Basaldu-Calvo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on September 24, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On November 15, 2016, at or near Phonix, in the District of Arizona, Geronimo Daniel Basaldu-Calvo, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 15, 2016, the Arizona Department of Public Safety (DPS) encountered Geronimo Daniel Basaldu-Calvo during a traffic stop at or near Phoenix, Arizona. The DPS officer suspected Basaldu-Calvo to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Agent D. Chavez examined Basaldu-Calvo telephonically and determined him to be a citizen of Mexico, illegally present in the United States. Basaldu-Calvo was then booked into the Maricopa County Jail (MCJ). On the same date, an immigration detainer was lodged with the MCJ. On November 16, 2016, Basaldu-Calvo was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Basaldu-Calvo was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Geronimo Daniel Basaldu-Calvo to be a citizen of Mexico and a previously deported alien. Basaldu-Calvo was removed from the United States to Mexico through Nogales, Arizona, on September 24, 2016, pursuant

to an order of removal issued by an immigration official. There is no record of Basaldu-Calvo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Geronimo Daniel Basaldu-Calvo in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Basaldu-Calvo presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Basaldu-Calvo entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Basaldu-Calvo's immigration history was matched to him by electronic fingerprint comparison.

5. On November 16, 2016, Geronimo Daniel Basaldu-Calvo was advised of his constitutional rights. Basaldu-Calvo freely and willingly agreed to provide a statement under oath. Basaldu-Calvo stated that his true and complete name is "Geronimo Daniel Basaldu Calvo" and that he is a citizen of Mexico. Basaldu-Calvo stated that he illegally entered into the United States "ase 15 dias," through "McKallen," without inspection by an immigration officer. Basaldu-Calvo further stated that he had been removed from the United States to Mexico and did not receive permission from the

Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on November 15, 2016, Geronimo Daniel Basaldu-Calvo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on September 24, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on November 15, 2016, at or near Phoenix, in the District of Arizona, Basaldu-Calvo, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 18th day of November 2016.

Bridget S. Bade,
United States Magistrate Judge